**Rita WASHINGTON,
Plaintiff–Appellant,**

v.

**EMPLOYEES RETIREMENT SYSTEM
OF the CITY OF ST. LOUIS,
Defendant–Respondent.**

**No. 58179.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 18, 1990.

Stephan Joseph Nangle, Barbara S. Nangle, St. Louis, for appellant.

James J. Wilson, Government Counsel, David Richard Bohm, Asst. City Counselor, St. Louis, for respondent.

ORDER

PER CURIAM.

Plaintiff appeals from a summary judgment granted to defendant on a declaratory judgment action. We affirm. The Findings and Conclusions of the trial court are not clearly erroneous and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**John HURD, Appellant.**

**No. WD 43431.**

Missouri Court of Appeals,
Western District.

Jan. 8, 1991.

Jane Garland, Columbia, for appellant.

Joe L. Moseley, Pros. Atty., Robert D. Aulgur, First Asst. Pros. Atty., Columbia, for respondent.

Before GAITAN, P.J., and TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM:

Appeal from conviction of assault in the third degree, § 565.070, RSMo 1986, and from sentence of sixty days' confinement.

Judgment affirmed. Rule 30.25(b).